Myron Angstman
Matthew Widmer
ANGSTMAN LAW OFFICE
PO Box 585
Bethel, AK 99559
Phone: (907) 543-2972
Fax: (907) 543-3394
angstmanadmin@alaska.com

Allan D. Beiswenger
LAW OFFICE OF ALLAN BEISWENGER
1101 W. 7th Avenue
Anchorage, AK 99501
Phone: (907) 868-1280
Fax: (907) 258-6419
beiswenger@ak.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| MAGGIE TOPKOK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:07-CV-_____<br><br>COMPLAINT |

Plaintiff Maggie Topkok, through counsel Angstman Law Office, for her complaint

against the defendant, states and alleges as follows:

**JURY DEMAND**

Plaintiff hereby requests a trial by jury.

**PARTIES AND JURISDICTION**

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 1346(b), and §§ 2671 *et seq*.

2. Plaintiff currently resides in Teller, Alaska. At all times relevant to the allegations and claims in this complaint, Plaintiff has resided in Alaska. The acts and omissions giving rise to this complaint occurred in Anchorage, Alaska.

3. The Alaska Native Medical Center ("ANMC") is a non-profit corporation organized pursuant to Alaska law. Upon information and belief, ANMC is a corporation in good standing in the State of Alaska.

4. The United States has assumed tort liability under the Federal Tort Claims Act for the negligent acts of ANMC employees.

5. This court has jurisdiction over the subject matter of this action under 28 U.S.C. §1346(b). An administrative claim has been presented and no final disposition of the claim has been made within six months of presenting the claim.

## BACKGROUND FACTS

6. On May 30, 2005 Plaintiff gave birth to a baby boy. The high-risk delivery was performed by a midwife at ANMC without medical supervision.

7. During the birthing process Plaintiff experienced significant vaginal tearing.

8. On June 2, 2005 medical personnel at ANMC attempted to repair the torn, damaged area.

9. The repair work resulted in an infection causing her to be readmitted to the hospital on June 6, 2005, where she remained for five days for treatment.

10. The repair work was unsuccessful, resulting in additional infections and requiring further surgery.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

11. Plaintiff realleges and incorporates Paragraphs 1-10, above.

12. At the above-mentioned time and place, Defendant, through its agents, servants and employees, was negligent in one or more of the following respects:

    a. Failing to adequately supervise the high-risk delivery of Plaintiff's baby by the mid-wife.

    b. Failing to successfully treat Plaintiff.

    c. Causing Plaintiff to continue to suffer pain and discomfort in a very sensitive area.

    d. Causing Plaintiff to undergo further medical and surgical treatment.

    e. Causing Plaintiff to undergo a second surgery and recovery period.

    f. Causing Plaintiff to be unable to have contact with her newborn child.

    g. Causing Plaintiff to suffer emotional distress and loss of consortium as a result of being unable to nurture and bond with her newborn child.

13. As a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of Defendant, Plaintiff sustained economic and non-economic damages, the precise amount of which will be proven at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Maggie Topkok prays that the court grant her the following relief:

1. An award of economic and non-economic damages, the precise amount of which will be proven at trial;

2. Allowable costs and attorney's fees; and

3. Such other relief as the court deems equitable and just.

RESPECTFULLY SUBMITTED this _____ day of August, 2007.

        ANGSTMAN LAW OFFICE
        Attorneys for Plaintiff

        By:   s/Myron Angstman
             PO Box 585
             Bethel, AK 99559
             Phone: (907) 543-2972
             Fax: (907) 543-3394
             angstmanadmin@alaska.com
             Alaska Bar No. 7410057

        LAW OFFICE OF ALLAN BEISWENGER
        Attorneys for Plaintiff

        By:   s/Allan D. Beiswenger
             1101 W. 7th Avenue
             Anchorage, AK 99501
             Phone: (907) 868-1280
             Fax: (907) 258-6419
             beiswenger@ak.net
             Alaska Bar No. 7706074