KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MAGGIE TOPKOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:07-cv-00198-JWS<br><br>**STIPULATION TO DISMISS THE CASE WITH PREJUDICE** |

    The United States, through counsel and Maggie Topkok, pro se, spoke on April 3, 2009. They agreed to stipulate to dismiss the case with prejudice. Ms. Topkok understands that she may not file this case again. Each side will bear its own costs and attorney fees.

    RESPECTFULLY SUBMITTED this 3rd day of April, 2009.

KAREN L. LOEFFLER
United States Attorney

s/ Susan J. Lindquist
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: susan.lindquist@usdoj.gov
AK #9008053


s/ MAGGIE TOPKOK (with permission)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2009, a copy of the Stipulation to Dismiss the Case with Prejudice was mailed to

**Maggie Topkok**
**PO Box 569**
**Teller AK 99778**

and it was emailed to her at

 (mtopkok@yahoo.com)

s/ Susan J. Lindquist

Topkok v. USA
Case No. 3:07-cv-00198-JWS ˇ2ˇ