IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| MAGGIE TOPKOK, | ) | Case No. 3:07-cv-00198-JWS |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER OF DISMISSAL WITH PREJUDICE** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Based upon the stipulation of the parties, the above-captioned case is dismissed with prejudice.

IT IS SO ORDERED.

DATED: April 6, 2009  /s/ JOHN W. SEDWICK
United States District Court Judge